STATE OF NEW JERSEY v. WILLIAM A. BROWER.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM A. BROWER.

May 4, 1976. Cross-petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH K. MC GOWAN.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HICKMAN.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DONALD SHERWOOD.

May 4, 1976. Petition for certification denied. (See 139 *N. J. Super.* 201)

MICHAEL PARELLI v.
NEW JERSEY DEPARTMENT OF CIVIL SERVICE.

May 4, 1976. Petition for certification granted. (See 138 *N. J. Super.* 364)